PER CURIAM.
Reversed and remanded with directions to vacate the Final Judgment pursuant to Fla.R.Civ.P. 1.540(b). See Rogers v. First National Bank at Winter Park, 232 So.2d 377 (Fla.1970); North Shore Hospital v. Barber, 143 So.2d 849 (Fla.1962); Centers v. Florida First National Bank at Pensacola, 352 So.2d 162 (Fla. 1st DCA 1977); Travelers Insurance Co. v. Bryson, 341 So.2d 1013 (Fla. 4th DCA 1977); Imperial Industries, Inc. v. Moore Pipe and Sprinkler Co., 261 So.2d 540 (Fla. 3d DCA 1972); English v. Hecht, 189 So.2d 366 (Fla. 3d DCA 1966), cert. denied, 194 So.2d 619 (Fla.1966).